**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| URSINUS COLLEGE | : | No. 380 MAL 2022 |
| | : | |
| | : | |
| v. | : | Petition for Allowance of Appeal |
| | : | from the Order of the |
| | : | Commonwealth Court |
| PREVAILING WAGE APPEALS BOARD | : | |
| | : | |
| | : | |
| PETITION OF: INTERNATIONAL | : | |
| BROTHERHOOD OF ELECTRICAL | : | |
| WORKERS, LOCAL NO. 98 | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 22nd day of February, 2023, the Petition for Allowance of Appeal is **GRANTED**. The issue, as stated by petitioner, is:

(1) Whether the Commonwealth Court's [o]rder concluding that a construction project that was funded by the issuance and sale of tax-exempt municipal bonds by a public authority did not constitute "public works" severely undermines the purposes of the Pennsylvania Prevailing Wage Act, and will allow employers to circumvent the requirements of the Act, thus undermining Pennsylvania public policy?

Justice Dougherty did not participate in the consideration or decision of this matter.